to prevent "utter chaos." In the face of this purpose it can not be said that the reduction was in the rates, even although the word rates may in some circumstances be construed to mean something other than the percentages of the schedule, as in the several cases cited by petitioner.

But it is said that the Commissioner's view singles out these taxpayers from the general taxpaying public and deprives them of a reduction in tax on 1923 income when in all reason the reduction was intended for all. If such discrimination were the effect of the statute we could not disturb it, for as the imposition of taxes themselves need not be wholly free from inequality no more need a distribution of national surplus through a credit or refund be scientifically uniform. But there is no inequality here except accidentally. The basis of distribution is the tax shown by the return for 1923. All similarly situated were similarly entitled. If the 1923 return showed net income attributable to the accumulation of years, such as a gain by sale of capital assets, or if it contained the share of partnership profits for a fiscal year beginning in 1922, or if it showed a net loss and hence no tax and no reduction, the clear provisions of Title XII were nevertheless applicable. We can not stretch a "reduction of income tax payable in 1924" to cover taxes payable in 1925 in order to produce an alleged uniformity which Congress deliberately rejected.

*Judgment will be entered for the Commissioner.*

---

## APPEAL OF ISAAC BROOKS.

Docket No. 6278.   Decided October 20, 1926.

*Arnold R. Baar, Esq.*, for the petitioner.
*F. O. Graves, Esq.*, for the Commissioner.

Deficiency of $217.68 income tax for the calendar year 1924.

### FINDINGS OF FACT.

The petitioner is an individual residing at South Bend, Ind. He was a member of a partnership which kept its books and made its partnership return on the basis of a fiscal year beginning February 1, 1923, and ending January 31, 1924.

The petitioner filed an individual income-tax return for the calendar year 1924, including therein the amount of $11,888.18, which was his distributive share of the partnership income for its fiscal year. Ten thousand eight hundred and ninety-seven dollars and fifty cents of this amount was his portion of the partnership income attributable to the year 1923.

In computing the tax the Commissioner applied the rates imposed by the Revenue Act of 1921 to $10,897.50 without making an allowance of 25 per cent under section 1200 of the Revenue Act of 1924.

### OPINION.

STERNHAGEN: The decision of the question involved in this proceeding is governed by *Appeal of Charles Colip*, 5 B. T. A. 123.

*Judgment will be entered for the Commissioner.*

---

### APPEAL OF M. J. BROOKS.

Docket No. 6279.   Decided October 20, 1926.

*Arnold R. Baar, Esq.*, for the petitioner.
*F. O. Graves, Esq.*, for the Commissioner.

Deficiency of $311.41 income tax for the calendar year 1924.

#### FINDINGS OF FACT.

The petitioner is an individual residing at South Bend, Ind.   He was a member of a partnership which kept its books and made its partnership return on the basis of a fiscal year beginning February 1, 1923, and ending January 31, 1924.

The petitioner filed an individual income-tax return for the calendar year 1924, including therein the amount of $11,888.18, which was his distributive share of the partnership income for its fiscal year.   Ten thousand eight hundred and ninety-seven dollars and fifty cents of this amount was his portion of the partnership income attributable to the year 1923.

In computing the tax the Commissioner applied the rates imposed by the Revenue Act of 1921 to $10,897.50 without making an allowance of 25 per cent under section 1200 of the Revenue Act of 1924.

#### OPINION.

STERNHAGEN: The decision of the question involved in this proceeding is governed by *Appeal of Charles Colip*, 5 B. T. A. 123.

*Judgment will be entered for the Commissioner.*

---

### APPEAL OF MORRIS SHAPERO.

Docket No. 6277.   Decided October 20, 1926.

*Arnold R. Baar, Esq.*, for the petitioner.
*F. O. Graves, Esq.*, for the Commissioner.

Deficiency of $211.55 income tax for the calendar year 1924.